UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE | ) |
| Samir Pilipovic, | ) |
| | ) Case No. 13-49749 |
| | ) |
| Debtor | ) Chapter 7 |
| _____ | ) |
| | ) |
| Samir Pilipovic, | ) Adv. No. 14-04322-755 |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Amie Rice, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Timothy Powderly, and for his Motion to Withdraw as Counsel states as follows:

1. Debtor filed this adversary on or about December 8, 2014.

2. Plaintiff/Debtor has failed to cooperate with undersigned Counsel regarding the progress of this matter.

3. Undersigned Counsel cannot effectively represent Plaintiff/Debtor in this matter without such cooperation.

WHEREFORE, Counsel prays this Court grant his Motion to Withdraw as Counsel.

                                               */s/ Timothy P. Powderly*
                                               Timothy P. Powderly MBE#64092
                                               Attorney for the Defendant
                                               THE POWDERLY LAW FIRM, LLC
                                               11965 St. Charles Rock Road, Suite 202

St. Louis, Missouri 63044
(314) 770-9890/FAX 739-1355
tim@powderlylaw.com.com

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 28th day of April, 2015 a true and accurate copy of the foregoing was served electronically via CM/ECF U.S. District Court for the Eastern District of Missouri or via U.S Mail:

Daniel E. Claggett
Counsel for Defendant/Creditor Amie Rice
4232 Forest Park Ave.
St. Louis, MO 63108

Jane Cohen
Counsel for Alvin Winton & Nationwide Inspection Service, Inc.
230 S Bemiston Ave # 1200
St. Louis, MO 63105

Samir Pilipovic
3725 Paule Ave.
St. Louis, MO 63125

                                                                          Timothy P. Powderly